IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRY SPURGEON, as custodian for the benefit of James E. Spurgeon, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>v.<br><br>PACIFIC LIFE INSURANCE COMPANY,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| JAMES E. SPURGEON, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>v.<br><br>PACIFIC LIFE INSURANCE COMPANY,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-cv-983-GPM |

## PACIFIC LIFE INSURANCE COMPANY'S NOTICE OF ADOPTION OF MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Now comes defendant, PACIFIC LIFE INSURANCE COMPANY, by and through its undersigned attorneys, hereby gives notice that Pacific Life adopts the Memorandum of Law in Support of its Motion to Dismiss that Pacific Life filed in case number 06-cv-925, Doc. No. 4.

Dated:  December 5, 2006

                                      Respectfully submitted,

                                      PACIFIC LIFE INSURANCE COMPANY
                                      *By its attorneys,*

                                      <u>s/W. Jason Rankin</u>
                                      Larry E. Hepler    # 01195603
                                      W. Jason Rankin  # 06237927
                                      Hepler, Broom, MacDonald,
                                          Hebrank, True & Noce, LLP

103 West Vandalia Street, Suite 300
Edwardsville, IL 62025-0510
Telephone: (618) 656-0184
Facsimile: (618) 656-1364

*Of Counsel:*
Steven B. Feirson
Stephen J. McConnell
Nory Miller
DECHERT LLP
2929 Arch Street
Cira Centre
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222

Kathleen N. Massey
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

## Certificate of Service

The undersigned certifies that on this 5th day of December 2006, a copy of the foregoing has been served upon the attorneys of record through operation of the Court's ECF system which will electronically send notice of said filing to:

Stephen M. Tillery – stillery@koreintillery.com

and by U. S. Mail, by enclosing same in envelopes addressed as below, with proper first class postage fully prepaid, and depositing same in the U. S. Mail at Edwardsville, Illinois, at 5 p.m.:

> Robert L. King
> Swedlow & King LLC
> 701 Market Street, Suite 350
> St. Louis, MO 63101
>
> George A. Zelcs
> Korein Tillery
> 205 N. Michigan Avenue, Suite 1950
> Chicago, Illinois 60601
>
> John J. Stoia, Jr., Esq.
> Timothy G. Blood, Esq.
> William J. Doyle II, Esq.
> Lerach Coughlin Stoia Geller Rudman & Robbins LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
>
> Andrew S. Friedman
> Francis J. Balint, Jr.
> Bonnett, Fairbourn, Friedman & Balint, P.C.
> 2901 N. Central Avenue, Suite 1000
> Phoenix, Arizona 85012
>
> *Attorneys for Plaintiff and the Putative Class*
>
> s/W. Jason Rankin
> Larry E. Hepler      # 01195603
> W. Jason Rankin    # 06237927
> *Counsel for Defendant*
> *Pacific Life Insurance Company*